IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHANE SHEPHERD,

    Petitioner,

v.                                             CASE NO. 5:15-cv-00161-MP-EMT

WARDEN N.C. ENGLISH,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 9, 2015. (Doc. 11).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 11, is adopted and incorporated by reference in this order.

    2.    Petitioner's Motion to Voluntarily Dismiss, Doc. 10, is GRANTED.

    3.    This case is DISMISSED WITHOUT PREJUDICE. The clerk is directed to close the file.

    **DONE AND ORDERED** this   8th   day of December, 2015

                                             *s/Maurice M. Paul*
                                       Maurice M. Paul, Senior District Judge